IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD, individually, | * * * |
| Plaintiff, | * * |
| v. | *   Case No. ___1:21-cv-5014-WMR__ * |
| FATIMA INVESTMENTS, INC., a domestic corporation, | * * * |
| Defendant. | * |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, Anton Clifford, in the above-styled action and pursuant to Rule 41, Federal Rules of Civil Procedure, moves for a voluntary dismissal of the above-captioned case. As grounds therefore, Plaintiff states as follows:

1. This case was erroneous filed on 12/7/2021.

2. This case was filed as a clerical error.

3. The Defendant has not been served.

4. The undersigned is submitting an application for refund of the filing fee to the Clerk of Court.

5. No parties will be prejudiced by the dismissal of this case.

Respectfully submitted this __8th__ day of December, 2021.

By: _/s/ *Julie McCollister*_____
Julie McCollister, Esq.
Counsel for Plaintiff
Georgia State Bar No.: __450726_____

Of Counsel:
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
706-745-0057
jbmccollister@gmail.com

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister