## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ANTON CLIFFORD,** | * | |
| **individually,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No. 1:21-cv-5014-WMR** |
| | * | |
| **FATIMA INVESTMENTS, INC.,** | * | |
| **a domestic corporation,** | * | |
| | * | |
| **Defendant.** | * | |

### ORDER

The Court has reviewed Plaintiff's Motion for Order to Refund Fees [Doc 6]. As the Plaintiff's refund request is not consistent with the Administrative Office of the Court's policy, the Court herein DENIES the Plaintiff's Motion for Order to Refund Fees [Doc 6].

Done this 5th day of January, 2022.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE